

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00800-CR

**EX PARTE** Juan Ricardo **GONZALEZ MEDINA**

From the County Court, Kinney County, Texas
Trial Court No. 13720CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 30, 2025.

_____
Irene Rios, Justice